153 So.2d 880

Joe T. HUFFMAN

v.

AETNA CASUALTY & SURETY COMPANY.

No. 46773.

June 14, 1963.

In re: Aetna Casualty & Surety Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 152 So.2d 415.

Writ refused. We find no error of law in the ruling complained of.

153 So.2d 880

Frank BEST, Jr.

v.

J & B DRILLING COMPANY, Inc., et al.

No. 46775.

June 14, 1963.

In re: Frank Best, Jr. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 152 So.2d 119.

The application is denied. We find no error of law in the judgment complained of.